Mr. Johnathan Ruffin, #1914680
TDCJ-Alfred D. Hughes Unit
RE-2- Box 4400
Gatesville, Texas
82,256-02 76597

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 04 2015
Abel Acosta, Clerk

Dear Mr. Acosta;       30 April 2015

RE: Copy of Court Docket,
WR-82,256-02

Sir, I have received this COURTS notice of receipt of Writ of Habeas Corpus from the trial court (248th District of Texas); filed by your office, 10 April 2015. Yet; I have no such notice that your office has received my MOTION of "Applicant's Original objection to Unfair state habeas action', to this COURT. As I have not received anything verifying receipt of my MOTION; and, its proper filing, thereof =

"I request a copy of my state habeas action, cause no. WR-82,256-02, COURT DOCKET sheet, PLEASE" Thank you for all your time, efforts, and patience in this duty —

Respectfully,

Johnathan Ruffin

Johnathan Ruffin, #1914680

ORIG= Court of Criminal Appeals of Texas, Mr. Abel Acosta-Clerk

CC: file